JOHN H. SEWARD, Respondent, v. AUGUSTUS G. WALES, as Sheriff of Broome County, Appellant.

*Seward* v. *Wales*, 40 App. Div. 539, affirmed.
(Submitted April 22, 1901; decided May 7, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1899, reversing a judgment in favor of defendant entered upon a dismissal of the complaint and granting a new trial.

*W. W. Newell* for appellant.

*T. B. & L. M. Merchant* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs, on opinion below.

Concur: O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ. Not sitting: PARKER, Ch. J., and LANDON, J.

---

WILLIAM P. WALTON, as President of the ELEVENTH REGIMENT RELIEF FUND ASSOCIATION, Respondent, v. CHARLES H. COLLINS, Appellant.

*Walton* v. *Collins*, 38 App. Div. 624, affirmed.
(Argued April 22, 1901; decided May 7, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 29, 1899, affirming an interlocutory judgment in favor of plaintiff and modifying a final judgment entered thereon.

*Charles H. Collins* for appellant.

*William Langdon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Not sitting: CULLEN, J.